No. 97–405. ROMAN CATHOLIC DIOCESE OF BROOKLYN *v.* KENNETH R., BY HIS MOTHER AND NATURAL GUARDIAN, DIANA R., ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 97–409. RUHRGAS, A. G. *v.* MARATHON OIL CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–410. MONROE *v.* MISSOURI PACIFIC RAILROAD CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–411. TOBIN ET AL. *v.* GENERAL ELECTRIC CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–412. MATHY ET UX. *v.* VIRGINIA DEPARTMENT OF TAXATION. Sup. Ct. Va. Certiorari denied.

No. 97–414. MOZZOCHI *v.* FREEDOM OF INFORMATION COMMISSION ET AL. App. Ct. Conn. Certiorari denied.

No. 97–416. THOMPSON, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR THOMPSON, A MINOR, ET AL. *v.* STEEN. C. A. 9th Cir. Certiorari denied.

No. 97–421. GRAND LOCKWOOD PARTNERS LIMITED PARTNERSHIP *v.* MAXWELL HOUSE COFFEE CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–424. SUPERIOR COURT FOR THE JUDICIAL DISTRICT OF HARTFORD/NEW BRITAIN AT HARTFORD *v.* APARO. C. A. 2d Cir. Certiorari denied.

No. 97–426. WOYTHAL *v.* TEX-TENN CORP. C. A. 6th Cir. Certiorari denied.

No. 97–427. NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES ET AL. *v.* CITY OF LOS ANGELES. C. A. 9th Cir. Certiorari denied.

No. 97–429. IN RE ANDRADE ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–433. LAMVERMEYER *v.* DENISON UNIVERSITY ET AL. C. A. 6th Cir. Certiorari denied.